```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL  :
OF CARPENTERS PENSION FUND, et al., :
                                    :     07 Civ. 4713 (VM)
              Plaintiffs,           :
                                    :
     -against-                      :            ORDER
                                    :
US INC.,                            :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendants herein on June 14, 2007 and that the answer to the complaint was due by July 5, 2007. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that plaintiffs herein are directed to inform the Court by July 25, 2007 of the status of this matter and plaintiffs' contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         17 July 2007

                                        _____
                                          VICTOR MARRERO
                                             U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07
```